United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-1921
_____

John T. Maclin,                        *
                                       *
        Appellant,                     *
                                       * Appeal   from   the   United
States
    v.                                 * District Court for the
                                       * District of Minnesota.
John J. Callahan, Commissioner of                        *
Social Security,                       *       [UNPUBLISHED]
                                       *
        Appellee.                      *

_____

                            Submitted:   October 16, 1997
                                  Filed:   October 31,
1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    John  T.  Maclin  appeals  the  district  court's[1]  order
granting  summary  judgment  affirming  the  Commissioner's
decision  to  deny  Maclin  disability  insurance  benefits
(DIB)  and  supplemental  security  income  (SSI).   After  a
careful  review  of  the  record  and  the  parties'  submissions
we  conclude  substantial  evidence  on  the  record  as  a  whole

_____

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for
the District of Minnesota, adopting the report and recommendation of the Honorable
Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

supports the ALJ's conclusion that Maclin was engaged in substantial gainful activity during the period for which he seeks benefits, and thus was ineligible for DIB or SSI. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.